UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOE BETHUNE                                                                                      PLAINTIFF

V.                                       No. 4:22-CV-00072-BRW

VOLKMAN, Sergeant,
Faulkner County Jail Unit 1, *et al*.                                                DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed and all relief sought is denied.

IT IS SO ORDERED THIS 8th day of August, 2022.

                                                  BILLY ROY WILSON
                                  UNITED STATES DISTRICT JUDGE